# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2019

159103 & (12)(13)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                  SC: 159103
                                                   COA: 347523
                                                   Wayne CC: 17-007369-FC
MARC CURTIS MINTER,
          Defendant-Appellant.

_____/

On order of the Court, the motions for immediate consideration and to waive transcript requirement are GRANTED. The application for leave to appeal the February 6, 2019 order of the Court of Appeals is considered, and it is DENIED, because, while the assistance of a forensic pathologist may be a required component of the defense in this case, see *People v Kennedy*, 502 Mich 206 (2018), *Ake v Oklahoma*, 470 US 68 (1985), the unavailability of the properly noticed forensic pathologist, Dr. Karl Williams, is only speculative at this point. The motion to stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2019

t0226                                                      Clerk